IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RILEY D. MILLS, et al.,<br><br>　　　　　　Defendants. | 4:21-CR-3124<br><br>FINAL ORDER OF FORFEITURE |

　　　　This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 161). On June 28, 2022, the Court entered a Preliminary Order of Forfeiture (filing 125) pursuant to 21 U.S.C. § 853, based on Riley D. Mills' and Jayden C. Prentice's pleas of guilty to possessing marijuana, cocaine, and psilocyn with intent to distribute, in violation of 21 U.S.C. § 841, and the defendants' admissions of the forfeiture allegations brought against them. Filing 92 at 1; filing 103 at 1; filing 107 at 24; filing 111 at 22. By way of the preliminary order of forfeiture, Mills' and Prentice's interest in $3,929.52 in United States currency was forfeited to the United States. Filing 125.

　　　　On January 9, 2023, the Court entered a Preliminary Order of Forfeiture (filing 159) pursuant to 21 U.S.C. § 853, based upon Christopher Duncan's plea of guilty to possession of controlled substances with intent to distribute them in violation of 21 U.S.C. § 841, and admission of the forfeiture allegation contained in the information. By way of the preliminary order of forfeiture, Duncan's interest in $3,929.52 in United States currency was forfeited to the United States. Filing 159.

　　　　As directed by the orders, a Notice of Criminal Forfeiture was posted beginning on June 29, 2022, and again on January 10, 2023, on an official

Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 160) was filed on March 14, 2023. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 161) is granted.

2. All right, title, and interest in and to the $3,929.52 in United States currency held by any person or entity are forever barred and foreclosed.

3. The currency is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the currency in accordance with law.

Dated this 8th day of July, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge